### THE STATE vs. LAFLIN, ET AL.

### ERROR to St. Louis Circuit Court.

Scott, J., *delivered the opinion of the Court.*

This case is in all respects similar to that of the State vs. John H. Gay, et al. The other Judges concurring, the judgment will be reversed and the cause remanded.